**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DASHAWN MCLENDON,** | : | **CIVIL ACTION NO. 4:25-CV-2016** |
| | : | |
| **Plaintiff,** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **RYAN EDGAR,** | : | |
| | : | |
| **Defendant.** | : | |

## MEMORANDUM

Presently before the court is a motion from the plaintiff, Dashawn Mclendon, to lift the stay in this matter. (Doc. 18). The matter is currently stayed pursuant to the Younger abstention doctrine. (Doc. 13). McLendon argues that the stay should be lifted because his state criminal case has resulted in a conviction, which is a showing sufficient to permit him to bring his desired claim of fabricated evidence against the defendant. (Doc. 18). While that may be a sufficient predicate to bring the charge in question, it does not suffice to end abstention under Younger. Under that doctrine, abstention continues until the exhaustion of all available state remedies, including direct appeals. Huffman v. Pursue, Ltd., 420 U.S. 592, 609 (1975). Given that McLendon is still awaiting sentencing, it is clear without further inquiry that the period of Younger abstention has not yet ended. For that reason, the court will deny the motion to lift the stay without prejudice.

An appropriate order follows.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania